UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cr-60029-GAYLES/STRAUSS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KERVENS GEORGES,

        Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Defendant's Motion to Return Seized Property (the "Motion"), [ECF No. 72]. On June 7, 2021, the Court referred this Motion to Magistrate Judge Jared M. Strauss. [ECF No. 73]. On August 10, 2021, Judge Strauss issued a Report and Recommendation, [ECF No. 79], recommending that the Motion be granted in part and denied in part (the "Report"). Neither party filed a timely objection.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having received no objections, the Court has conducted a *clear error* review of the record and the Court agrees with Judge Strauss's well-reasoned analysis finding that the Motion should be granted in part and denied in part. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Judge Strauss's Report and Recommendation, [ECF No. 79], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Defendant's Motion to Return Seized Property, [ECF No. 72], is **GRANTED in part**.

3. A rose-colored iPhone 6S, Model A1633 (item #14 in the Report) shall be returned to Defendant's wife, Betty Georges.

4. The Motion is otherwise **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of September, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE